**ORIGINAL**

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel. (212) 637-0378
Fax. (212) 637-2750

RECEIVED
JAN 31 2008
DOUGLAS F. EATON
U.S.M.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/1/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x
JEWEL I. TODMAN,

        Plaintiff,

    - v. -

MICHAL J. ASTRUE,
Commissioner of
Social Security,

        Defendant.
- - - - - - - - - - - - - - - -x

STIPULATION AND ORDER
07 Civ. 10473 (JSR)(DFE)

    IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from January 28, 2008 to and including March 26, 2008.  The reason for the request

USDC SDNY
DATE SCANNED 2/1/08

is that the administrative record has not yet been received by defendant's counsel. No previous extension has been requested in this case.

Dated:   New York, New York
         January 14, 2008

                            MELTZER, FISHMAN, MADIGAN
                                & CAMPBELL, ESQS.
                              Attorneys for Plaintiff

By: _____
    BRIAN J. CRAWLEY, ESQ.
    225 Broadway, Suite 2605
    Suite 2605
    New York, New York 10007
    Telephone No: (212) 227-1980

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
    LESLIE A. RAMIREZ-FISHER
    Assistant U.S. Attorney
    86 Chambers Street, 3rd Floor
    New York, New York  10007
    Telephone No.: (212) 637-0378
    Leslie.Ramirez-Fisher@usdoj.gov

SO ORDERED:  1/31/08

_____
UNITED STATES ~~DISTRICT~~ JUDGE
          MAGISTRATE