**U.S. Department of Justice**



*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

April 2, 2008

By Hand

Honorable Douglas F. Eaton
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 1360
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #.
DATE FILED: 4/4/08
```

      Re:   Jewel Todman v. Astrue
            07 Civ. 10473 (JSR)(DFE)

Dear Judge Eaton:

      This Office represents the defendant, Commissioner of Social Security, in the above-referenced matter. The parties have conferred and respectfully propose the following briefing schedule for this case: Plaintiff will file her motion for judgment on the pleadings by May 16, 2008. Defendant will file his opposition by June 16, 2008. Plaintiff will file her reply, if any, by June 30, 2008.

      Thank you for your consideration of this request.

*4/3/08 - I approve this briefing schedule.*
*Douglas F. Eaton*

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
LESLIE A. RAMIREZ-FISHER
Assistant U.S. Attorney
Telephone: (212) 637-0378
Fax: (212) 637-2750

cc: Brian J. Crawley, Esq. (By fax)