

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

# MEMO ENDORSED

*86 Chambers Street*
*New York, New York 10007*

June 16, 2008

BY FAX
Honorable Douglas F. Eaton
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 1360
New York, New York 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/16/08
```

   Re:  Jewel Todman v. Astrue
        07 CV 10473 (JSR)(DFE)

Dear Magistrate Judge Eaton:

   This Office represents the Commissioner of Social Security, defendant in this action. I write respectfully to request a thirty-day extension of time to file defendant's motion for judgment on the pleadings.

   Pursuant to the parties' briefing schedule in this case, defendant's motion for judgment on the pleadings shall be filed by today, June 16, 2008 and plaintiff's reply shall be filed by June 30, 2008. This case was recently assigned to me, and because I have not yet completed my review of the administrative record, I respectfully request that the time in which to file defendant's motion be extended by thirty days, to July 16, 2008, and accordingly, plaintiff's reply would be due thirty days later, by July 30, 2008. This is the government's first request for an adjournment of the briefing schedule. Plaintiff has kindly consented to this request.

   Thank you for your consideration of this matter.

6/16/08 — I approve this revised briefing schedule.
Douglas F. Eaton

               Respectfully,

               MICHAEL J. GARCIA
               United States Attorney

           By: Susan C. Branagan
               SUSAN C. BRANAGAN
               Assistant United States Attorney
               Telephone: (212) 637-2804
               Fax: (212) 637-2750

cc:  Brian J. Crawley, Esq.

# MEMO ENDORSED

USDC SDNY
DATE SCANNED 6/16/08

TOTAL P.02